UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRYSTAL WILLIAMSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>BROOKLYN HOP 2 LLC, DINEEQUITY, INC., INTERNATIONAL HOUSE OF PANCAKES, LLC, IHOP FRANCHISOR LLC, IHOP RESTAURANTS LLC, and DOES 1-10, inclusive,<br><br>     Defendants. | Case No. 1:18-cv-05615-AMD-SMG<br><br>Judge Ann M. Donnelly<br><br>Magistrate Judge Steven M. Gold |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Crystal Williamson by and through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all the Defendants.

Respectfully submitted,

MERMELSTEIN LAW

By: /s/ Avi Mermelstein
Avi Mermelstein
3265 Johnson Avenue, Suite 202
Bronx, NY 10463
Telephone: (646) 470-2105
Facsimile: (929) 232-2048
avi@mermelaw.com

*Attorney for Plaintiff*

Dated: May _____, 2019.

APPROVED AND SO ORDERED:

_____